**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02865-CMA

ADOLPHO GOMEZ-HERMOSILLO,

    Applicant,

v.

ERIC HOLDER, JR.,

    Respondent.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Denying Application for Writ of Habeas Corpus of Judge Christine M. Arguello entered on December 19,2013 it is

    That the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. # 4), filed by Applicant Adolpho Gomez-Hermosillo, is DENIED and this action is DISMISSED WITHOUT PREJUDICE. It is

    FURTHER ORDERED that the October 31, 2013 Order (Doc. # 5) requiring Applicant to remain in custody until further court order is WITHDRAWN. It is

    FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED.

    FURTHER ORDERED that all pending motions are DENIED as moot.

Dated at Denver, Colorado this 19th day of December, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Sandra Hartmann

Sandra Hartmann
Deputy Clerk